NO. 07-03-0219-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



AUGUST 8, 2003



______________________________




LYNDA RISINGER-HERSEY AND REGINALD S.Y. LEE, APPELLANTS



V.



CYNTHIA HERSEY, TRUSTEE OF THE FRANK J. HERSEY FAMILY TRUST,


JUSTIN HERSEY AND TRAVIS HERSEY, ET AL., APPELLEES




_________________________________



FROM THE COUNTY COURT AT LAW NO. 1 OF MONTGOMERY COUNTY;



NO. 01-15925-P ; HONORABLE DENNIS WATSON, JUDGE



_______________________________



Before JOHNSON, C.J., and CAMPBELL, J., and BOYD, S.J. (1)

MEMORANDUM OPINION


 On August 6, 2003, appellant Lynda Risinger-Hersey filed a Suggestion of
Bankruptcy in this appeal. A copy of her Notice of Bankruptcy Case Filing in the United
States Bankruptcy Court for the Southern District of Texas was attached to the notice,
indicating that the bankruptcy case was filed with the bankruptcy court on May 29, 2003. 

 Pursuant to Tex. R. App. P. 8, this appeal is suspended until further order of this
court. The parties are directed to take such action as is appropriate to advise the clerk of
this court of any change in the status of appellant Lynda Risinger-Hersey's bankruptcy
proceeding which would affect the status of this appeal, including but not limited to the
filing of a Motion to Reinstate pursuant to Tex. R. App. P. 8.3.


 Per Curiam

1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment.


sh.